UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DHARMENDRA PRASAD,<br><br>            Petitioner,<br><br>    v.<br><br>CHAD F. WOLF, et al.,<br><br>            Respondents. | No. 5:20-CV-01079-TJH<br><br>**ORDER OF DISMISSAL**   [JS-6]<br><br>Honorable Terry J. Hatter<br>United States District Judge |

Pursuant to the Stipulation for Dismissal filed by the parties,

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety; and

2. Each party shall bear his, her, or its own attorney's fees, costs, and expenses.

DATED: MARCH 10, 2021

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

GIBSON, DUNN & CRUTCHER LLP
THOMAS A. MANAKIDES, SBN 229119
  tmanakides@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

YANG (KELLY) DING, SBN 329976
  kding@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Petitioner Dharmendra Prasad